UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CHRISTIAN SMALLS, on his own behalf and on
behalf of class of similarly situated African American
and Latino/a workers,

                Plaintiff,                              JUDGMENT
                                                                20-CV-5492 (RPK) (RLM)

                -against-

AMAZON.COM SERVICES LLC,

                Defendant.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on February 7, 2022, granting Amazon's motion to dismiss; granting Smalls leave to file a second amended complaint within thirty days; and an Order having been filed on March 15, 2022, dismissing this case with prejudice it is

       ORDERED and ADJUDGED that Amazon's motion to dismiss is granted; and that this case is dismissed with prejudice.

Dated: Brooklyn, NY                                                 Brenna B. Mahoney
          March 15, 2022                                         Clerk of Court

                                                                            By: */s/Jalitza Poveda*
                                                                                 Deputy Clerk